UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR11-107-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| DAVID WAYNE BOONE, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 29, 2011. The United States was represented by AUSA Justin Arnold and the defendant by Paula Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 4, 2007 by the Honorable Frank D. Whitney in the United States District Court for the Western District of North Carolina on a charge of Conspiracy to Defraud the United States and Fraudulent Tax Returns, and sentenced to 41 months custody and 36 months respectively, to run concurrently, and three years supervised release. The case was transferred to this Court on March 31, 2011 and assigned to the Honorable Marsha J. Pechman.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

The conditions of supervised release included the standard conditions plus the requirements that defendant file yearly tax returns, pay all outstanding taxes, file amended tax returns for years 1998 to 2001, pay all tax penalties, and disclose all taxes owed by him and related matters to the IRS. (Dkt. 3 at 13.)

On July 20, 2011, the conditions of supervised release were modified to require defendant to participate in a home confinement program with GPS monitoring, for up to 120 days. (Dkt. 11)

In an application dated September 2, 2011 (Dkt. 12 and 13), U.S. Probation Officer Brian K. Facklam alleged the following violation of the conditions of supervised release:

1. Using marijuana on or before July 13, July 18, and August 2, 2011, in violation of standard condition 13 which directs that he refrain from the use of any controlled substance except as prescribed by a physician.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 15.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violation one, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

/ / /

/ / /

/ / /

/ / /

01  Pending a final determination by the Court, defendant has been released on supervision.

02  DATED this 29th day of September, 2011.

*signature*

Mary Alice Theiler
United States Magistrate Judge

08  cc: District Judge:        Honorable Marsha J. Pechman
       AUSA:                 Justin Arnold
09     Defendant's attorney: Paula Deutsch
       Probation officer:    Brian J. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3